**People of State of Illinois, Defendant in Error, v. Michael Battiesse, Plaintiff in Error.**

**Gen. No. 47,125.** 

First District, First Division.

April 29, 1957.

Released for publication May 21, 1957.

Stephen Lee, for plaintiff in error; Benjamin S. Adamowski, State's Attorney of Cook County (L. Louis Karton, John T. Gallagher, Assistant State's Attorneys, of counsel) for defendant in error. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.